BR ME  CO VFK  FILE 000483

**Earnings Statement**  Page 1 of 1

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

Pay Period: 06/09/2025 - 06/22/2025
Pay Date: 07/02/2025
Basis Of Pay: Salaried (Bi Weekly)
Employee ID:

| Earnings Summary | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $0.00 | $0.00 | $859.00 |
| $37,586.60 YTD | | $33,947.93 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| Earnings | This Period | Year To Date |
|---|---|---|
| ExpenseReimb | 859.00 | 5,154.00 |
| Regular Pay | | 37,586.60 |

**Payment Method**

| | |
|---|---|
| Savings Account ****9486 | 721.56 |
| Checking Account ****1603 | 137.44 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 0.00 | 0.00 | 74.00 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$0.00** | **$8,792.67** |
| Federal Income Tax | -- | 4,076.08 |
| Social Security | -- | 2,330.37 |
| Medicare | -- | 545.01 |
| New Jersey Income Tax | -- | 1,471.03 |
| New Jersey SUI | -- | 159.75 |
| New Jersey FLI | -- | 124.04 |
| New Jersey SDI | -- | 86.39 |

Advice Number: 0000003142
Advice Date: 07/02/2025

©2023 ADP INC.

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | VFK | 000483 |

**Earnings Statement**

Page 1 of 1

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

| Pay Period: | 06/09/2025 - 06/22/2025 |
|---|---|
| Pay Date: | 06/27/2025 |
| Basis Of Pay: | Salaried (Bi Weekly) |
| Employee ID: | |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $2,971.16 | $706.43 | $2,264.73 |
| $37,586.60 YTD | | $33,088.93 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,971.16 | 37,586.60 |
| ExpenseReimb | | | | 4,295.00 |

**Payment Method**

| | |
|---|---|
| Savings Account ****9486 | 1,902.37 |
| Checking Account ****1603 | 362.36 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 2.00 | 0.00 | 74.00 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|
| Federal taxable wages this period are: **$2,971.16** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$706.43** | **$8,792.67** |
| Federal Income Tax | 331.12 | 4,076.08 |
| Social Security | 184.21 | 2,330.37 |
| Medicare | 43.09 | 545.01 |
| New Jersey Income Tax | 118.75 | 1,471.03 |
| New Jersey SDI | 6.83 | 86.39 |
| New Jersey FLI | 9.80 | 124.04 |
| New Jersey SUI | 12.63 | 159.75 |

©2023 ADP INC.

| Advice Number: | 0000003111 |
|---|---|
| Advice Date: | 06/27/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR ME | CO VFK | FILE 000483 | | |
|---|---|---|---|---|

**Earnings Statement**  Page 1 of 1

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

| Pay Period: | 05/26/2025 - 06/08/2025 |
|---|---|
| Pay Date: | 06/13/2025 |
| Basis Of Pay: | Salaried (Bi Weekly) |
| Employee ID: | |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $2,884.62 | $673.85 | $2,210.77 |
| $34,615.44 YTD | | $30,824.20 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| EARNINGS | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,884.62 | 34,615.44 |
| ExpenseReimb | | | | 4,295.00 |

**Payment Method**

| | |
|---|---|
| Savings Account ****9486 | 1,857.05 |
| Checking Account ****1603 | 353.72 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 3.00 | 0.00 | 72.00 |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$673.85** | **$8,086.24** |
| Federal Income Tax | 312.08 | 3,744.96 |
| Social Security | 178.85 | 2,146.16 |
| Medicare | 41.82 | 501.92 |
| New Jersey Income Tax | 112.69 | 1,352.28 |
| New Jersey SDI | 6.63 | 79.56 |
| New Jersey FLI | 9.52 | 114.24 |
| New Jersey SUI | 12.26 | 147.12 |

**Important Information**   Help? Call HR/PR 609-280-3216
Federal taxable wages this period are: **$2,884.62**

© 2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000003079 |
| Advice Date: | 06/13/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | VFK | 000483 |

**Earnings Statement** — Page 1 of 1

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

| Pay Period: | 05/12/2025 - 05/25/2025 |
|---|---|
| Pay Date: | 05/30/2025 |
| Basis Of Pay: | Salaried (Bi Weekly) |
| Employee ID: | |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $2,884.62 | $673.86 | $3,069.76 |
| $31,730.82 YTD | | $28,613.43 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| EARNINGS | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,884.62 | 31,730.82 |
| ExpenseReimb | | | 859.00 | 4,295.00 |

### Payment Method

| | |
|---|---|
| Savings Account ****9486 | 2,578.60 |
| Checking Account ****1603 | 491.16 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 3.00 | 0.00 | 69.00 |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$673.86** | **$7,412.39** |
| Federal Income Tax | 312.08 | 3,432.88 |
| Social Security | 178.85 | 1,967.31 |
| Medicare | 41.83 | 460.10 |
| New Jersey Income Tax | 112.69 | 1,239.59 |
| New Jersey SDI | 6.63 | 72.93 |
| New Jersey FLI | 9.52 | 104.72 |
| New Jersey SUI | 12.26 | 134.86 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|
| Federal taxable wages this period are: **$2,884.62** | |

©2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000003052 |
| Advice Date: | 05/30/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

BR ME | CO VFK | FILE 000483

**Earnings Statement** — Page 1 of 1

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

Pay Period: 05/12/2025 - 05/25/2025
Pay Date: 05/30/2025
Basis Of Pay: Salaried (Bi Weekly)
Employee ID:

| Earnings Summary | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $2,884.62 | $673.86 | $3,069.76 |
| $31,730.82 YTD | | $28,613.43 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| EARNINGS | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,884.62 | 31,730.82 |
| ExpenseReimb | | | 859.00 | 4,295.00 |

**Payment Method**

| | |
|---|---|
| Savings Account ****9486 | 2,578.60 |
| Checking Account ****1603 | 491.16 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 3.00 | 0.00 | 69.00 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|
| Federal taxable wages this period are: **$2,884.62** | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$673.86** | **$7,412.39** |
| Federal Income Tax | 312.08 | 3,432.88 |
| Social Security | 178.85 | 1,967.31 |
| Medicare | 41.83 | 460.10 |
| New Jersey Income Tax | 112.69 | 1,239.59 |
| New Jersey SDI | 6.63 | 72.93 |
| New Jersey FLI | 9.52 | 104.72 |
| New Jersey SUI | 12.26 | 134.86 |

©2023 ADP INC.

Advice Number: 0000003052
Advice Date: 05/30/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | VFK | 000483 |

**Earnings Statement** — Page 1 of 1

| | |
|---|---|
| Pay Period: | 04/28/2025 - 05/11/2025 |
| Pay Date: | 05/16/2025 |
| Basis Of Pay: | Salaried (Bi Weekly) |
| Employee ID: | ▮ |

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| Earnings Summary | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $2,884.62 | $673.85 | $2,210.77 |
| $28,846.20 YTD | | $25,543.67 YTD |

| EARNINGS | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,884.62 | 28,846.20 |
| ExpenseReimb | | | | 3,436.00 |

| Payment Method | |
|---|---|
| Savings Account ****9486 | 1,857.05 |
| Checking Account ****1603 | 353.72 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 2.00 | 0.00 | 66.00 |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$673.85** | **$6,738.53** |
| Federal Income Tax | 312.08 | 3,120.80 |
| Social Security | 178.84 | 1,788.46 |
| Medicare | 41.83 | 418.27 |
| New Jersey Income Tax | 112.69 | 1,126.90 |
| New Jersey SDI | 6.63 | 66.30 |
| New Jersey FLI | 9.52 | 95.20 |
| New Jersey SUI | 12.26 | 122.60 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|
| Federal taxable wages this period are: **$2,884.62** | |

© 2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000003020 |
| Advice Date: | 05/16/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR ME | CO VFK | FILE 000483 |
|---|---|---|

**LIBERTY ENTERTAINMENT USA LLC**
Liberty Entertainment USA LLC
57 South Central Avenue
Winslow Township, NJ, 08081

**Earnings Statement** — Page 1 of 1

| | |
|---|---|
| Pay Period: | 04/14/2025 - 04/27/2025 |
| Pay Date: | 05/02/2025 |
| Basis Of Pay: | Salaried (Bi Weekly) |
| Employee ID: | |

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $2,884.62 | $673.85 | $3,069.77 |
| $25,961.58 YTD | | $23,332.90 YTD |

**SAULS, SAMUEL**
1307 GERMANTOWN AVENUE
APARTMENT 7B
PHILADELPHIA, PA, 19122

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | | 80.0000 | 2,884.62 | 25,961.58 |
| ExpenseReimb | | | 859.00 | 3,436.00 |

### Payment Method

| | |
|---|---|
| Savings Account ****9486 | 2,578.61 |
| Checking Account ****1603 | 491.16 |

| Time Off | Accrued | Used | Available |
|---|---|---|---|
| Seasonal Sick o | 3.00 | 0.00 | 64.00 |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$673.85** | **$6,064.68** |
| Federal Income Tax | 312.08 | 2,808.72 |
| Social Security | 178.85 | 1,609.62 |
| Medicare | 41.82 | 376.44 |
| New Jersey Income Tax | 112.69 | 1,014.21 |
| New Jersey SDI | 6.63 | 59.67 |
| New Jersey FLI | 9.52 | 85.68 |
| New Jersey SUI | 12.26 | 110.34 |

| Important Information | Help? Call HR/PR 609-280-3216 |
|---|---|
| Federal taxable wages this period are: **$2,884.62** | |

© 2023 ADP INC.

| | |
|---|---|
| Advice Number: | 0000002995 |
| Advice Date: | 05/02/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******