# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samuel Noah Sauls,<br><br>*Debtor*. | Case No. 25-12987-DJB<br>Chapter 13 |

## Certificate of Service

    I, Michael A. Cibik, certify that on November 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 5, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St , Floor 4 Pittsburgh,
PA 15212

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Brightcapita
50 California St
San Francisco, CA 94111

Bys Llc
6320 Brookside Plaza
Kansas City, MO 64114

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane LA
Monroe, LA 71203

Coastalcom
5415 Evergreen Way
Everett, WA 98203

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Huntington National Bank
Attn: Bankruptcy
PO Box 340996
Columbus, OH 43234

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kikoff
Attn: Bankruptcy
75 Broadway
San Francisco, CA 94111

Lending Club
Attn: Bankruptcy
595 Market st
San Francisco, CA 94105

MoneyLion, Inc
Attn: Bankruptcy Dept
P.O. Box 1547
Sandy, UT 84091-1547

Montgomery County Tax
Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

New Jersey Behavorial Health
PC
PO Box 675364
Detroit, MI 48267

OppLoans
Attn: Bankruptcy
One Prudential Plaza, 130 E Randolph St,
Ste 3400 S
Chicago, IL 60601

Pennsylvania Attorney
General
16th Floor, Strawberry Square Harrisburg,
PA 17120-0001

Pennsylvania Dept of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General
Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107

Sofi Lending Corp/MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

Talkiatry
P.o Box 9826
Coral Springs, FL 33075

Talkiatry
109 W 27th Street Suite 5S
New York, NY 10001

Transworld System Inc
PO Box 15630
Wilmington, DE 19850

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

United Concordia
P.O Box 69420
Harrisburg, PA 17106

Upst/drb
P.o. Box 1503
San Carlos, CA 94070

Upst/wsfs
P.o. Box 1503
San Carlos, CA 94070

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd
Floor
Des Moines, IA 50328